THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Eddie Lee Ford, Appellant.
 
 
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2010-UP-288
Submitted May 3, 2010  Filed May 24, 2010

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin
 Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Eddie
 Lee Ford appeals his probation revocation, arguing the trial court erred in
 revoking his probation because his violation was not found to be willful.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority:  State v. Hamilton, 333 S.C. 642, 647, 511 S.E.2d 94, 96 (Ct. App. 1999) (holding an
 appellate court's authority to review a probation revocation is confined to
 correcting errors of law unless the lack of a legal or evidentiary basis
 indicates the circuit judge's decision was arbitrary and capricious); Id. at 649, 511 S.E.2d at 97 ("It is only when probation is revoked solely for
 failure to pay fines or restitution that a finding of willfulness is mandatory.").
     
AFFIRMED.
FEW, C.J., THOMAS and
 PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.